```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-016-WFN-2 |
| ) | |
| Plaintiff, ) | ORDER GRANTING MOTION AND |
| ) | SETTING CONDITIONS |
| v. ) | OF RELEASE |
| ) | |
| SAMUEL MICHAEL DOYLE, ) | **X** Motion Granted |
| ) | **(Ct. Rec. 189)** |
| Defendant. ) | |
| ) | |
| ) | ☐ Action Required |

The court, having conducted a bail review hearing on June 4, 2012, and having considered the Pretrial Services Report and proffers of the parties, finds there are conditions of release that will reasonably assure defendant's presence at future court hearings. Defendant shall be released subject to the following conditions:

**IT IS ORDERED** that the release of the Defendant is subject to the following:

**STANDARD CONDITIONS OF RELEASE**

(1) Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and defense counsel within one business day of any charge, arrest, or contact with law enforcement.

(2) Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

ORDER SETTING CONDITIONS OF RELEASE  - 1

1    (4)  Defendant shall sign and complete A.O. 199C before being released and shall reside at the addressed furnished.

2

3    (5)  Defendant shall not possess a firearm, destructive device or other dangerous weapon.

4    (6)  Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct. Defendant shall contact defense counsel at least once a week.

5

6

7    (7)  Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

8

9

10   (8)  Avoid all contact, direct or indirect, with any co-defendants in this matter.

11

12   (9)  Remain subject to a detainer out of Oregon.

Today's proceedings were held via video conference with the permission of the Defendant.

13

14   DATED June 5, 2012.

15                                          s/James P. Hutton
                                          JAMES P. HUTTON
16                                  UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

ORDER SETTING CONDITIONS OF RELEASE  - 2